UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED** 2007 NOV 13 AM 10:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 MJ 2646

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. _____ |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Ivone GASTELUM-Inzunza ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien(s) |
| Defendant. ) | Without Presentation |

The undersigned complainant being duly sworn states:

On or about **November 9, 2007,** within the Southern District of California, defendant **Ivone GASTELUM-Inzunza**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Chang Can YANG and Xinfang Weng ZHOU**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **13TH** DAY OF **NOVEMBER**, 2007.

UNITED STATES MAGISTRATE JUDGE

I, United States Customs and Border Protection (CBP) Enforcement Officer Eric M. Velazquez, declare under penalty of perjury the following to be true and correct:

The complainant states that **Chang Can YANG and Xinfang Weng ZHOU** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial thereof by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On November 09, 2007 at about 1904 hours Ivone GASTELUM-Inzunza (Defendant) applied for entry into the United States from Mexico as the driver of a white 2000 Ford Explorer through the Otay Mesa Port of Entry. Defendant presented herself for inspection before a Customs and Border Protection (CBP) Officer and presented a Department of State Border Crossing Card (Form DSP-150) as proof of admissibility. Defendant stated she was going to Chula Vista, CA and claimed ownership of the vehicle. The CBP Officer obtained a negative Customs declaration from Defendant. The CBP Officer noticed that Defendant appeared to be nervous and avoided eye contact. The CBP Officer perceived a strong odor of gasoline emanating from the interior of the vehicle. The CBP Officer discovered a non-factory compartment around the area where the factory gas tank is located. The CBP Officer noticed what appeared to be a pair of feet in white socks protruding from the non-factory compartment. The CBP Officer radioed for assistance and Officers took custody of Defendant and vehicle.

In secondary, CBP Officers discovered an access panel to the non-factory compartment located underneath the rear seat of the vehicle. The CBP Officers lifted the rear seat, removed the access panel and discovered two individuals of Asian descent concealed in the non-factory compartment. Neither concealed individual responded to the Officers' calls. The CBP Officers noticed that the Asian male appeared to be unconscious and appeared to have shallow breathing. The CBP Officers noticed that the Asian female appeared to be in pain. A medical first responder was called to the secondary lot. Both concealed individuals were extracted from the compartment, laid on the pavement and administered oxygen. The Asian male suffered burns to his legs and neck. The Asian individuals were determined to be citizens of China with no entitlements to enter the United States. The Asian individuals now identified as material witnesses **Chang Can YANG (MW1) and Xinfang Weng ZHOU (MW2).**

During separate videotaped interviews, both material witnesses admitted they are citizens of China with no legal documents to enter or reside in the United States. Both material witnesses stated they were going to New York. MW1 stated he was to pay $2000.00 (USD) to be smuggled into the United States. MW1 stated he had already paid $10,000.00 (USD) for his travels from China to Mexico. MW2 stated she was going to New York to seek employment. MW2 did not know how much she was to pay to be smuggled into the United States.

EXECUTED ON THIS **10TH** DAY OF **NOVEMBER 2007** AT **10:00 AM**.

_____
Eric M. Velazquez / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **November 09, 2007** in violation of Title 8, United States Code, Section 1324.

_____                _11-10-07 @ 10:35 AM_
MAGISTRATE JUDGE                                               DATE / TIME